COMMONWEALTH of Pennsylvania,
Petitioner

v.

Terrence WILLIAMS, Respondent.

Supreme Court of Pennsylvania.

Oct. 3, 2012.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of October, 2012, the Commonwealth's application for emergency relief is hereby **DENIED**. The Prothonotary is directed to set a briefing schedule.